IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIAN MITCHELL,

    Plaintiff,

v.                                        Civil Action No. 2:08CV6
                                                 (STAMP)

FIRST CENTRAL BANK, INC.,
RONALD CHANNELL and
DENNIS J. KLINGENSMITH,

    Defendants.

## ORDER RESCHEDULING PRETRIAL CONFERENCE

For reasons appearing to the court, it is hereby ORDERED that the pretrial conference in this civil action be RESCHEDULED and will now be held on **March 2, 2009 at 2:15 p.m. at the Wheeling point of holding court**.

All other dates contained in the previous scheduling order entered in this case shall remain in effect.

The Clerk is directed to transmit copies of this order to counsel of record herein.

DATED:  March 6, 2008

                                              /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE